UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 01-200 (MJD/JGL)

IVETTE CORBETT,

Plaintiff,

ORDER

v.

CITY CENTER OF MINNEAPOLIS, et al.,

Defendants.

Plaintiff has moved this Court for an order sealing the file with reference to the above-captioned matter. This Court has a long standing policy of granting such a motion with great reluctance. After carefully reviewing the movant's papers, we feel that there are not sufficient grounds to grant said motion.

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Seal (Document No. 3) is **DENIED**.

Dated: Feb 9, 2001, 2001.

JONATHAN LEBEDOFF
United States Magistrate Judge

Filed 2-9-01
Francis E. Dosal, Clerk
Judgment Entd._________
Deputy Clerk_________