# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Ivette Corbett, Plaintiff

Case No. Civil 01-200 MJD/JGL

v.

**JUDGMENT IN A CIVIL CASE**

City Center of Minneapolis Brookfield Properties, CA, City Center Security Officer John Doe 1-6, City of Minneapolis Civil Rights Department, City of Minneapolis City Council, Minneapolis Community Development Association, BCED Properties, e tal

Defendants

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Defendants Minneapolis Civil Rights Department, Minneapolis City Council and the Minneapolis Community Development Agency's Motion to Dismiss is GRANTED IN ITS ENTIRETY.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATE: July 16, 2001

RICHARD D. SLETTEN, CLERK

E. Knoblauch

E. Knoblauch, Deputy Clerk

20