UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Ivette Corbett,

Plaintiff,

v.

ORDER
Civ. No. 01-200(MJD/JGL)

City Center of Minneapolis, Brookfield Properties, CA, City Center Security Officer John Doe 1-6, City of Minneapolis Civil Rights Department, City of Minneapolis City Council, Minneapolis Community Development Association, BCED Properties, et al.

Defendants.

---

This matter is before the Court upon Plaintiff's Motion to extend the time in which to file a Notice of Appeal, pursuant to Rule 4(a)(5) of the Federal Rules of Civil Appellate Procedure.

Pursuant to Rule 4(a)(5), the district court may extend the time to file a notice of appeal, if filed within 30 days after the time prescribed to file an appeal expires, and if the party shows excusable neglect or good cause.

In her motion for an extension, Plaintiff provides the Court no basis upon which to find excusable neglect or good cause. Accordingly, her motion must be denied.

FILED SEP 25 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Civil No. 01-200 (MJD/JGL)

IT IS HEREBY ORDERED THAT Plaintiff's Motion for an Extension of Time to File a Notice of Appeal is DENIED.

Date: 9-25-01

Michael J. Davis
Michael J. Davis
United States District Court